

**LAW FIRM**

Benedict P. Morelli
*admitted in New York
bmorelli@morellialters.com

July 28, 2014

<u>VIA E-FILE</u>
Honorable Lois H. Goodman, U.S.D.J.
United States District Court
for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: Tracy Morgan, Ardley Fuqua, Jr., Jeffrey Millea and Krista Millea v.
Wal-Mart Stores, Inc. and Wal-Mart Transportation, LLC
Civil Action No. 14-cv-04388-MAS-LHG

Dear Magistrate Goodman,

  With all due respect we do not join Wal-Mart in a request for a conference. We do not feel there is a need for court intervention at this time. We believe that this case can proceed in its normal course, that Wal-Mart should answer the complaint and that discovery should commence.

  If Wal-Mart's counsel desires to continue to meet and confer with us he of course is free to do so. However our clients are eager for us to litigate their claims and we are eager to do so.

Respectfully submitted,

MORELLI ALTERS RATNER

BENEDICT P. MORELLI

BPM:mm

Reply To:

**Morelli Alters Ratner, LLP**
**New York City**
777 Third Avenue
31st Floor
New York, New York 10017
Tel: (212) 751-9800
Fax: (212) 751-0046
Toll Free: (877) 751-9800

www.morellialters.com

Morelli Alters Ratner, P.A.
Miami Design District
4141 Northeast 2nd Avenue
Suite 201
Miami, Florida 33137
Tel: (305) 571-8550
Fax: (305) 571-8558