**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Defendants, Wal-Mart Stores, Inc. and Wal-Mart Transportation, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRACY MORGAN, ARDLEY FUQUA, JR., JEFFREY MILLEA and KRISTA MILLEA,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC. and WAL-MART TRANSPORTATION, LLC,<br><br>Defendants. | Civil Action No. 14-cv-04388 (MAS) (LHG)<br><br><br>**NOTICE OF APPEARANCE OF LAURA C. FEDYNA** |

**PLEASE TAKE NOTICE** that Laura C. Fedyna, Esq., of LeClairRyan, hereby enters an appearance on behalf of defendants, Wal-Mart Stores, Inc. and Wal-Mart Transportation, LLC, and requests that copies of all papers in this action be served upon the undersigned.

                **LeClairRyan**
                Attorneys for Defendants,
                Wal-Mart Stores, Inc. and
                Wal-Mart Transportation, LLC

                By: *[signature]*
                        LAURA C. FEDYNA

Dated: September 5, 2014