**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Defendants, Wal-Mart Stores, Inc. and Wal-Mart Transportation, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRACY MORGAN, ARDLEY FUQUA, JR., JEFFREY MILLEA and KRISTA MILLEA, <br><br> Plaintiffs, <br><br> v. <br><br> WAL-MART STORES, INC. and WAL-MART TRANSPORTATION, LLC, <br><br> Defendants. | Civil Action No. 14-cv-04388 (MAS) (LHG) <br><br> **FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendants Wal-Mart Stores, Inc. and Wal-Mart Transportation, LLC hereby certifies that these parties are non-governmental corporate parties. Upon information and belief, Wal-Mart Transportation, LLC is a wholly owned subsidiary of Wal-Mart Stores, Inc., a publicly traded corporation. Further, upon information and belief, no publicly held corporation owns 10% or more of Wal-Mart Stores, Inc.'s stock.

LeClairRyan
Attorneys for Defendants,
Wal-Mart Stores, Inc. and
Wal-Mart Transportation, LLC

By: _____
JEFFREY L. O'HARA

Dated: September 29, 2014