

December 2, 2014

**VIA ECF**

Honorable Lois H. Goodman, U.S.M.J.
United States District Court
  for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   Tracy Morgan, Ardley Fuqua, Jr., Jeffrey Millea and Krista Millea v.
        Wal-Mart Stores, Inc. and Wal-Mart Transportation, LLC
        Civil Action No. 14-cv-04388-MAS-LHG

Dear Judge Goodman:

We represent defendants, Wal-Mart Stores, Inc., and Wal-Mart Transportation, LLC ("Wal-Mart"), in this matter.

As stated during the November 18, 2014 scheduling conference before Your Honor, this will confirm that Wal-Mart takes no position on Kevin Roper's Motion to Intervene for the Purpose of Requesting a Stay of Discovery, currently returnable before Your Honor on December 15, 2014. We do, however, feel compelled to correct the record. Plaintiffs' accusation that Wal-Mart is somehow behind Mr. Roper's motion in an attempt to delay discovery is simply false.

Respectfully submitted,

Jeffrey L. O'Hara

cc:   David T. Sirotkin, Esq. (via ECF)

One Riverfront Plaza, 1037 Raymond Boulevard, Sixteenth Floor
Newark, New Jersey 07102
Phone: 973.491.3600 \ Fax: 973.491.3555

CALIFORNIA \ COLORADO \ CONNECTICUT \ MARYLAND \ MASSACHUSETTS \ MICHIGAN \ NEW JERSEY \ NEW YORK \ PENNSYLVANIA \ VIRGINIA \ WASHINGTON, D.C.

Paul D. Drobbin \ Attorney in charge, Newark office \ LeClairRyan is a Virginia professional corporation

ATTORNEYS AT LAW \ WWW.LECLAIRRYAN.COM

14715583.1

ATTORNEYS AT LAW \ WWW.LECLAIRRYAN.COM