

**LAW FIRM**

David T. Sirotkin, Esq.
*admitted in New York and New Jersey
dsirotkin@morellialters.com

December 8, 2014

**VIA E-FILE**
Honorable Lois H. Goodman, U.S.D.J.
United States District Court
for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re: Tracy Morgan, Ardley Fuqua, Jr., Jeffrey Millea and Krista Millea v.
Wal-Mart Stores, Inc. and Wal-Mart Transportation, LLC
Civil Action No. 14-cv-04388-MAS-LHG**

Dear Judge Goodman,

    We represent Plaintiffs Tracy Morgan, Ardley Fuqua, Jr., Jeffrey Millea, and Krista Millea in the above-referenced matter.

    After reading Kevin Roper's Reply Brief in Support of his Motion to Intervene for the Purpose of Requesting Stay of Discovery, we feel compelled to request leave of this Court to file a sur-reply pursuant to District of New Jersey Court Local Rule 7.1(d)(6). Not only is Mr. Roper's counsel wrong on the law and the facts, but none of the out-of-court statements made by plaintiffs' counsel were improper, outside the boundaries of the pleadings, or pertaining to Mr. Roper personally. Mr. Roper's counsel's personal attacks on the plaintiffs' law firm not only come with extreme ill grace, but violate rules that encourage civility among adversaries.

    Accordingly, Plaintiffs respectfully request leave of this Court to file a sur-reply by December 15, 2014.

Respectfully submitted,

MORELLI ALTERS RATNER

David T. Sirotkin

Reply To:
**Morelli Alters Ratner, LLP
New York City**
777 Third Avenue
31st Floor
New York, New York 10017
Tel: (212) 751-9800
Fax: (212) 751-0046
Toll Free: (877) 751-9800

www.morellialters.com

**Morelli Alters Ratner, P.A.
Miami Design District**
4141 Northeast 2nd Avenue
Suite 201
Miami, Florida 33137
Tel: (305) 571-8550
Fax: (305) 571-8558