**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**LOIS H. GOODMAN**<br>UNITED STATES MAGISTRATE JUDGE | CLARKSON S. FISHER U.S. COURTHOUSE<br>402 EAST STATE STREET<br>ROOM 7050<br>TRENTON, NJ 08608<br>609-989-2114 |

January 14, 2015

**<u>LETTER ORDER</u>**

Re:   MORGAN, et al. v. WAL-MART STORES, INC., et al.
       <u>Civil Action No. 14-4388 (MAS)(LHG)</u>

Dear Counsel:

On December 16, 2015, the undersigned issued an Order instructing Defendants Wal-Mart Stores, Inc., and Wal-Mart Transportation, Inc. ("Defendants"), to refrain from filing an Amended Answer to the Complaint until on or about January 14, 2015, to allow for consideration of the Motion to Intervene filed by Proposed-Intervenor Kevin Roper ("Roper"). Defendants submitted a letter to the undersigned earlier today advising the Court, opposing counsel, and Roper that Defendants intend on filing an Amended Answer this evening unless the Court instructs otherwise. Roper has submitted his own letter objecting to Defendants' proposed course of action and requesting that the undersigned issue an order that would preserve the status quo by instructing Defendants to refrain from filing their Amended Answer until the Motion to Intervene is decided.

Defendants are hereby instructed to refrain from filing an Amended Answer to the Complaint until **Wednesday, February 4, 2015,** or further order of the Court.

   IT IS SO ORDERED.

*/s/ Lois H. Goodman*

**LOIS H. GOODMAN**
**United States Magistrate Judge**