UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TRACY MORGAN, et al.,

        Plaintiffs,

v.

WAL-MART STORES, INC., et al.,

        Defendants.

Civil Action No. 14-4388 (MAS) (LHG)

**ORDER**

Upon consideration of Morelli Alters Ratner, LLP's Application for Attorney's Fees, pursuant to New Jersey Civil Rule 1:21-7, of 25% attorney's fees on all amounts recovered above $2 million for each Plaintiff,

IT IS on this 23rd day of June 2015, **ORDERED** that the Application (ECF No. 48) is **GRANTED**.

                                                                                              /s/ Michael A. Shipp
                                                                                    MICHAEL A. SHIPP
                                                                                     UNITED STATES DISTRICT JUDGE